UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

Case Number: 21-62122-CIV-MORENO

JUAN ABREU, individually, and on behalf of
all others similarly situated,

        Plaintiff,

vs.

PFIZER, INC.,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Reconsideration **(D.E. 54)**, filed on April 5, 2022, and Defendant's Motion to Transfer **(D.E. 61)**, filed on April 29, 2022. The Magistrate Judge filed a Report and Recommendation **(D.E. 66)** on June 22, 2022. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is **ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that Plaintiff's Motion for Reconsideration is **DENIED** and Defendant's Motion to Transfer is **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___16___ of August 2022.

                                                                             FEDERICO A. MORENO
                                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record