UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

**Case Number: 21-62122-CIV-MORENO**

JUAN ABREU, individually, and on behalf of
all others similarly situated,

        Plaintiff,

vs.

PFIZER, INC.,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on MPS Recovery Claims Series 44 LLC and MSP Recovery Claims, Series LLC's Renewed Motion to Intervene to Oppose Defendant's Request to Transfer Case **(D.E. 55)**, filed on April 5, 2022. The Magistrate Judge filed a Report and Recommendation **(D.E. 65)** on June 22, 2022. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is **ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that MPS's Renewed Motion to Intervene to Oppose Defendant's Request to Transfer Case is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this _16_ of August 2022.

                                            _____
                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record